IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MICHAEL A. LARNER,**
    **Petitioner,**

vs.                                    **CASE NO.:  3:05cv402/RV/MD**

**JAMES R. MCDONOUGH,**
    **Respondent.**
_____

### O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 15, 2006. The petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1), and I have made a _de novo_ determination of those portions to which an objection has been made.

Having considered the report and recommendation and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now ORDERED as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. The respondent's motion to dismiss (doc. 28) is GRANTED.

3. The petition for writ of habeas corpus (doc. 1) challenging the conviction and sentence in _State of Florida v. Michael Aloyoues Larner_, in the Circuit Court of Escambia County, Florida, case number 98-3485, is DISMISSED with prejudice and the clerk is directed to close the file.

DONE AND ORDERED this 16th day of October, 2006.

                                        /s/ _Roger Vinson_
                                        **ROGER VINSON**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**