IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**MICHAEL A. LARNER,**
    Petitioner,

v.                                       Case No.  3:05cv402/RV/MD

**JAMES R. MCDONOUGH,**
    Respondent.
_____

## ORDER

    This cause is before the court upon petitioner's motion for certificate of appealability (docs. 43 & 44).  Petitioner seeks to appeal this court's dismissal of his 28 U.S.C. § 2254 petition for writ of habeas corpus.

    Unless a certificate of appealability is issued, the petitioner may not take an appeal from the final order denying § 2254 relief.  *See* 28 U.S.C. § 2253(c)(1)(A); Fed.R.App.P. 22(b)(1).  Such a certificate may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253 (c)(2).

    After review of the file, the court concludes that because the petitioner has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's October 16, 2006 Order (doc. 41) adopting and incorporating the Magistrate Judge's Report and Recommendation filed on September 15, 2006 (doc. 36), a certificate of appealability will be denied.

    Accordingly, it is ORDERED:

    Petitioner's motion for certificate of appealability (docs. 43 & 44) is DENIED and no certificate shall issue.

    DONE AND ORDERED this 23rd day of October, 2006.

                                                   /s/ *Roger Vinson*
                                                   **ROGER VINSON**
                                                   **SENIOR UNITED STATES DISTRICT JUDGE**